Leonhard Pommert, administrator of the estate of Leonard Pommert, deceased, appellee, v. Diamond Cab Company and Jack Smith, appellants. Gen. No. 29,255.

Action for death by wrongful act. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Lee W. Carrier, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 7, 1924.

A. H. Brown and Charles E. Green, for appellants. Edward P. Saltiel, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Charlotte Clara Maison Hinz, appellant, v. Cyril Charles Maison, appellee. Gen. No. 29,283.

Action to recover alimony awarded by foreign judgment. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed October 7, 1924. Rehearing denied October 17, 1924.

Maxwell N. Andalman and Jacob Allan Cohen, for appellant; Maxwell N. Andalman, of counsel. Thomas M. Whitson, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Marmon Chicago Company, appellant, v. A. J. Gavolis, appellee. Gen. No. 29,302.

Trover. Order vacating judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Peter H. Schwaba, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Appeal dismissed. Opinion filed October 7, 1924.

Edward I. Rothbart and Fischel & Kahn, for appellant. Clarence W. Shaeffer, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Felix J. Streyckmans et al., appellees, v. Village of Winnetka et al., appellants. Gen. No. 29,384.

Mandamus to compel village trustees to approve plat. Writ granted. Appeal from the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 7, 1924.

Montgomery, Hart & Smith, for appellants; John R. Montgomery, of counsel. Felix J. Streyckmans and D. Francis Bustin, for appellees.

Mr. Justice Barnes delivered the opinion of the court.